UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 29 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BRENDA L. STUCKY d/b/a BILL'S WRECKER SERVICES, et al., ) ) ) | |
| Plaintiffs, ) | Civil Action No. SA-96-CA-1285-EP |
| ) ) | |
| VS. ) ) | |
| CITY OF SAN ANTONIO, ) ) | |
| Defendant. ) | |

## JUDGMENT ON REMAND

In accordance with this Court's order signed this date, the Court enters judgment in favor of the defendant, the City of San Antonio, and the intervenor, Texas Towing Corporation, on the applicability of the safety exemption contained in 49 U.S.C. § 14501(c)(2)(A) to San Antonio Wrecker Code section 19-391 and City Ordinance 77716.

SIGNED this 29th day of April, 2003.

EDWARD C. PRADO
UNITED STATES DISTRICT JUDGE

107